HELANE L. MORRISON (Cal. Bar No. 127752)
JOHN S. YUN (Cal. Bar No. 112260)
VICTOR W. HONG (Cal. Bar No. 165938)

44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Fax:  (415) 705-2501

Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JERRY SHAW-YAU CHANG,<br><br>　　　　　　　　Defendant. | No. C-04-4144-CRB<br><br>PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AND DEFENDANT JERRY SHAW-YAU CHANG'S NOTICE OF TENTATIVE SETTLEMENT AGREEMENT AND STIPULATED ORDER TO VACATE PRETRIAL AND TRIAL DATES<br><br>Date: August 6, 2005<br>Time: 8:30 a.m.<br>Courtroom: 8<br>Judge: Charles R. Breyer |

　　　　　The attorneys representing the plaintiff Securities and Exchange Commission ("Commission") and defendant Jerry Shaw-Yau Chang ("Chang") hereby notify the Court that they have reached a tentative agreement on the terms of a settlement that will resolve this case.  Chang's counsel has advised the Commission that he will sign, or has signed, a Consent to Entry of a Final Judgment of Permanent Injunction and Other Relief.  The Commission's staff has advised Chang's counsel that once the Consent is signed, they will recommend the terms of the tentative settlement to the Commissioners for their final approval.

In light of this tentative settlement, the Commission and Chang hereby stipulate to the vacating of all pretrial and trial dates in this case so that the parties and the Court will not be burdened with unnecessary costs and effort. The Commission's staff recommends that a further status conference in this case be set for late October 2006 so that the staff has sufficient time to present the proposed settlement for final Commission approval. Given the work load currently before the members of the Commission and the impending changes in the membership of the Commission, the Commission's action on the tentative settlement might take longer than usual.

DATED: June 30, 2005

                Helane L. Morrison
                John S. Yun
                Victor W. Hong

                By: *John S. Yun*
                    John S. Yun
                Attorneys for the Plaintiff
                SECURITIES AND EXCHANGE COMMISSION

                Michael H. Diamond
                Milbank, Tweed, Hadley & McCloy LLP

                By: *Michael H. Diamond*
                Attorneys for Defendant
                JERRY SHAW-YAU CHANG

## ORDER VACATING PRETRIAL AND TRIAL DATES

The parties having entered into a tentative settlement agreement, the Court hereby vacates all trial and pretrial dates in this case so that the staff of the plaintiff Securities and Exchange Commission ("Commission") may submit the tentative settlement to the Commissioners for their final approval. The Court furthermore sets a status conference for Friday, October 14, 2006, at 8:30 a.m., for an update on the tentative settlement.

Dated: July 8, 2005

                _____
                Charles R. Breyer
                United States District

*APPROVED — Judge Charles R. Breyer*