1   HELANE L. MORRISON (Cal. Bar No. 127752)
     JOHN S. YUN (Cal. Bar No. 112260)
2   VICTOR W. HONG (Cal. Bar No. 165938)

3   44 Montgomery Street, Suite 2600
     San Francisco, California  94104
4   Telephone:  (415) 705-2500
     Fax:  (415) 705-2501

5

     Attorneys for Plaintiff
6   U.S. SECURITIES AND EXCHANGE COMMISSION

7

8

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13   ———————————————  )
                                )
14   U.S. SECURITIES AND EXCHANGE  )   No. C-04-4144-CRB
     COMMISSION,                )   (with related Case No. C-04-4145-CRB)
                                )
15                   Plaintiff,  )   PLAINTIFF SECURITIES AND
                                )   EXCHANGE COMMISSION'S ~~SECOND~~
16     v.                      )   ~~SUPPLEMENTAL STATUS~~
                                )   ~~CONFERENCE STATEMENT~~
17   JERRY SHAW-YAU CHANG,      )
                                )   Date: Oct. 28, 2005
18                  Defendant.  )   Time: 8:30 a.m.
                                )   Courtroom: 8
19   ———————————————  )   Judge: Charles R. Breyer

20                          ORDER FOR
                             CONTINUANCE

21

22          On June 30, 2005, plaintiff Securities and Exchange Commission ("Commission") and

23   defendant Jerry Shaw-Yau Chang ("Chang") informed the Court that they had reached a proposed

24   settlement and requested that the trial date be vacated.  In accordance with that request, the Court vacated

25   the trial date set for early August 2005 and set a further status conference for October 28, 2005.

26          By way of this Second Supplemental Status Conference Statement, the Commission

27   wishes to inform the Court that a proposed settlement, which Chang has already signed, is currently

28   scheduled to be presented to the Commission on Thursday, October 27, 2005. The Commission therefore

1  proposes that the status conference that is now scheduled for October 28, 2005 be postponed for one

2  week until 8:30 a.m. on Friday, November 4, 2005.  Assuming that the proposed settlement is approved

3  by the Commission on October 27, 2005, the one-week postponement will give the parties time to submit

4  final papers to the Court without the need to appear for another status conference.  The Commission has

5  consulted with Chang's counsel about a one-week postponement, and Chang's counsel agrees that such

6  a postponement would be appropriate.

7  DATED:   October 18, 2005                   _____

8                                                    Helane L. Morrison
                                                     John S. Yun
9                                                    Victor W. Hong

10                                                   By: /s/ John S. Yun

11                                                   Attorneys for the Plaintiff
12                                                   SECURITIES AND EXCHANGE COMMISSION

13
14  Oct. 24, 2005



APPROVED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA