HELANE L. MORRISON (Cal. Bar No. 127752)
JOHN S. YUN (Cal. Bar No. 112260)
VICTOR W. HONG (Cal. Bar No. 165938)

44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Fax: (415) 705-2501

Attorneys for Plaintiff
U.S. SECURITIES AND EXCHANGE COMMISSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JERRY SHAW-YAU CHANG,<br><br>　　　　　Defendant. | No. C-04-4144-CRB<br><br>PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S AND DEFENDANT JERRY SHAW-YAU CHANG'S STIPULATION RE: SETTLEMENT FUNDS IN ESCROW<br><br>Date: Oct. 28, 2005<br>Time: 8:30 a.m.<br>Courtroom: 8<br>Judge: Charles R. Breyer |

The attorneys representing the plaintiff Securities and Exchange Commission ("Commission") and defendant Jerry Shaw-Yau Chang ("Chang") have reached a proposed agreement on the terms of a [Proposed] Final Judgment of Permanent Injunction and Other Relief against Chang. According to the terms of that Proposed Final Judgment, Chang is to make his initial payment to the court's registry from an escrow account established for that purpose.

In light of the Proposed Final Judgment, Chang's counsel have established Escrow Account No. Z01556727 at the Citigroup Private Bank and Chang has deposited his initial payment into that Account (the "Escrow"). By way of this Stipulation, the Commission and Chang hereby agree that

funds from the Escrow except by order of the Court in accordance with the Proposed Final Judgment or by further written instructions from the Commission. In the event that the Court refuses to enter the Proposed Final Judgment, Chang is authorized to rescind the Escrow.

DATED: October 18, 2005

        Helane L. Morrison
        John S. Yun
        Victor W. Hong


        By: *John S. Yun*
            John S. Yun
        Attorneys for the Plaintiff
        SECURITIES AND EXCHANGE COMMISSION

        Michael H. Diamond
        Sabina Clorfeine
        Milbank, Tweed, Hadley & McCloy LLP


        By: _____
        Attorneys for Defendant

        JERRY SHAW-YAU CHANG

## ORDER APPROVING STIPULATION

The parties having so stipulated, the Court hereby orders that the funds in Escrow Account No. Z01556727 at the Citigroup Private Bank shall not be disbursed except in accordance with the Final Judgment of this Court or written instructions for the plaintiff Securities and Exchange Commission. In the event that the Court refuses to enter the Final Judgment, Chang is authorized to rescind the Escrow.

Dated: _____24_____, 2005

_____
Charles R. Breyer, Judge
United States District Court

APPROVED
Judge Charles R. Breyer