JINA L. CHOI (NY Bar No. 2699718)
JOHN S. YUN (Cal Bar No. 112260)
 Email:  yunj@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2468
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY SHAW-YAU CHANG,<br><br>Defendant | **Civil Action No.<br> C-04-4144-CRB**<br><br>**CORRECTED ORDER   GRANTING<br>PLAINTIFF SECURITIES<br>AND EXCHANGE COMMISSION'S<br>MISCELLANEOUS ADMINISTRATIVE<br>APPLICATION TO PAY DISTRIBUTION<br>FEES AND TRANSFER FUNDS TO THE<br>UNITED STATES TREASURY**<br><br>**Date: NA<br>Time: NA<br>Judge: Charles R. Breyer<br>Courtroom: 6** |

**CORRECTED ORDER GRANTING APPLICATION TO PAY DISTRIBUTION FEES**

Pursuant to Civil Local Rule 7-11, plaintiff Securities and Exchange Commission

("Commission") filed a Miscellaneous Administrative Application for authorization to pay the

distribution fees of the Garden City Group ("GCG"), which is the Claims Administrator in this

proceeding.  On February 13, 2007, this Court authorized the distribution of the $400,000 to the

injured investors in Clarent Corporation ("Clarent") during the period of January 19, 2001 through

August 31, 2001 and the retention of GCG to handle the administration of that distribution

("Distribution Order").  The Distribution Order authorized holding back funds from disbursement to

cover GCG's administrative fees and potential income taxes.  The Distribution Order also authorized GCG to request the payment of its administrative fees from the distribution fund, subject to the Commission's review and approval of GCG's fees.

GCG has submitted to the Commission a final invoice in the amount of $29,082.51 for its services, fees and expenses ("Final Invoice").  The Commission has reviewed and approved that final invoice as being reasonable, and the Court therefore authorize GCG to pay that invoice from the remaining distribution funds.

After $29,082.51 is paid to GCG, there will be a **_corrected_** remaining balance of just **$89.35** in the distribution fund.  The Court authorizes the transfer of any remaining balance from the distribution fund to the Commission so that the balance can be forwarded by the Commission to the United States Treasury.

SO ORDERED.

Dated:  October 14, 2016

CHARLES R. BREYER, Judge
United States District Court